# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# LAREDO DIVISION

| | |
|---|---|
| LUIS ANGEL MARTINEZ AND GILBERTO CASTANEDA § § § vs. § § § § CIVIL ACTION NO. ERIK ROMERO SERRANO AND § SERVICIOS DE TRANSPORTACION § JAGUAR, S.A. DE C.V., INCORRECTLY § NAMED AS "SERVICIOS DE § TRANSPORTACION JAGUAR", § JURY DEMANDED | |

## APPLICATION AND NOTICE OF REMOVAL

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Pursuant to 28 U.S.C. §1332(a)(2) and Rule 81 of the local rules for the Southern District of Texas, Defendants, **ERIK ROMERO SERRANO** AND **SERVICIOS DE TRANSPORTACION JAGUAR, S.A. DE C.V., incorrectly named as "SERVICIOS DE TRANSPORTACION JAGUAR",** ("Applicants") files this Application and Notice of Removal and in support thereof would show the Court the following:

**I.**

1.  On January 12, 2021, Plaintiffs, Luis Angel Martinez and Gilberto Castaneda filed Plaintiffs' Original Petition in a cause of action against Defendants, **ERIK ROMERO SERRANO and SERVICIOS DE TRANSPORTACION JAGUAR** in the 406th Judicial District Court of Webb County, Texas, Cause No. 2021CVA000064D4.

2. On March 12, 2021, Defendant **Servicios De Transportacion Jaguar, S.A. de C.V. incorrectly named as "SERVICIOS DE TRANSPORTACION JAGUAR"**, filed its Original Answer in State court.

3. On March 22, 2021, Defendant Erik Romero Serrano filed his Answer in State Court.

4. Pursuant to 28 U.S.C. §1446(b)(3) this notice of removal was filed within 30 days after Defendants was served with Plaintiffs' Original Petition.

## II.

5. Removal is based upon diversity jurisdiction under 28 U.S.C. §1332(a)(2) because it is a civil action between a citizen of a State and a citizen or subject of a foreign state.

6. Based upon information and belief, according to Plaintiffs' Original Petition, Plaintiffs are residents and citizens and domiciled in the State of Texas.

7. Applicant Erik Romero Serrano is citizen and resident of Nuevo Laredo, Tamaulipas, Mexico.

8. Applicant Servicios De Transportacion Jaguar, S.A. de C.V., incorrectly named as "Servicios De Transportacion Jaguar", is a Mexican corporation located in Nuevo Laredo, Tamaulipas, Mexico. Therefore, removal is based upon alienage jurisdiction.

9. The action described in paragraph 5.0 arises from a motor vehicle incident that occurred in Webb County, Texas on or about February 14, 2019. Defendants Erik Romero Serrano and Servicios De Transportacion Jaguar, S.A. de C.V. incorrectly named as "Servicios De Transportacion Jaguar", plead that this Court has subject matter jurisdiction over this action, because Plaintiffs seeks damages in excess of the Court's minimum jurisdictional limits and the

lawsuit arises out of events or omissions that occurred in Hidalgo County. This case is being removed to the district and division from where the State court action was pending.

**10.** The amount in controversy exceeds $75,001.00. Plaintiff seeks $100,000, an amount over the jurisdictional limits.

### III.

11. Pursuant to Rule 81 of the Local Rules of the Southern District of Texas, Applicants would show the following:

   a. Plaintiffs:   Luis Angel Martinez
                    Gilberto Castaneda

   b. Defendants:   Erik Romero Serrano
                    Servicios De Transportacion Jaguar, S.A. de C.V
                    incorrectly named as "Servicios De Transportacion Jaguar"

   c. Status of service of process: Defendants first received notice of this lawsuit and was served with citation and Plaintiffs' Original Petition on or about February 24, 2021.

   d. Counsel for each party is as follows:

   **Counsel for Plaintiffs:**
   Oscar A. Garza
   State Bar No. 24040960
   ogarza@oscargarzalaw.com
   The Law Firm of Oscar A. Garza, P.L.L.C.
   6243 IH-10 West, Suite 970
   San Antonio, Texas 78201
   Tel: (210) 732-3030
   Fax: (210) 732-3031

   **Counsel for Defendant Servicios De Transportacion Jaguar, S.A. de C.V.**
   incorrectly named as "**Servicios De Transportacion Jaguar**":

   Glenn D. Romero
   State Bar No. 17224025
   gromero@vlrhlaw.com
   Federal Bar No. 7734
   Vidaurri, Lyde, Rodriguez, & Haynes, LLP
   202 North 10th Avenue
   Edinburg, Texas 78541

   Tel: (956) 381-6602
   Fax: (956) 381-0725

  e. A jury was demanded by Defendant in the State district court, and the jury fee was paid.

  f. Name and address of court from which the case is being removed:

   406th Judicial District Court
   Webb County
   Laredo, Texas

12. Pursuant to Local Rule 81, a copy of all pleadings asserting causes of action and all answers to such pleadings, a copy of all orders signed by the state judge, a copy of the docket sheet, and an index of matters being filed are attached hereto.

WHEREFORE PREMISES CONSIDERED, Applicants pray that the above action now pending in the 406th Judicial District Court of Webb County, Texas, Cause No. 2021CVA000064D4, styled *Luis Angel Martinez and Gilberto Castaneda vs. Erik Romero Serrano and Servicio De Transportacion Jaguar*, be removed to this Court pursuant to Rule 28 U.S.C. §1332 and Rule 81 of the Local Rules of the Southern District of Texas and that Applicant may have such other and further relief at law or in equity to which they may show itself entitled.

            Respectfully submitted,

            By: _____
            Glenn D. Romero
            Attorney in Charge
            State Bar No. 17224025
            Federal Bar No. 7734

Of Counsel:
Vidaurri, Lyde, Rodriguez & Haynes, LLP
202 North 10th Avenue
Edinburg, Texas 78541
Telephone: 956-381-6602
Facsimile: 956-381-0725
Attorney for Defendants
*Erik Romero Serrano and*

*Servicios De Transportacion Jaguar, S.A. de C.V.*
*incorrectly named as "Servicios De Transportacion Jaguar"*

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has been forwarded to opposing counsel on March 2, 2021, as follows:

**VIA E-SERVICE:** ogarza@oscargarzalaw.com
Oscar A. Garza
The Law Firm of Oscar A. Garza, P.L.L.C.
6243 IH-10 West, Suite 970
San Antonio, Texas 78201

Glenn D. Romero